UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH HERSHEY,
        Plaintiff,

No. 1:07-cv-1225

-v-

HONORABLE PAUL L. MALONEY

MARY BERGHUIS, ET AL.,
        Defendants.

## JUDGMENT

Having granted the dispostive motion filed by Defendants and having dismissed the unnamed Defendants without prejudice, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  March 29, 2010                                             /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  Chief United States District Judge